UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                     Chapter 13

MARIA RUBERTE,                          Case No. 10-B-36156

                          Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

  Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Maria Ruberte<br>PO Box 227<br>Plattekill, New York 12568 | $1,484.10<br><br>refund |

  Trustee's check to your order in the sum of $1,484.10 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
           August 26, 2011

                                                                      Respectfully submitted,
                                                                      */s/ Jeffrey L. Sapir*
                                                                      JEFFREY L. SAPIR
                                                                      Standing Chapter 13 Trustee